UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ANGEL ACOSTA, also known as MIGUEL ACOSTA BONILLA,<br><br>                      Plaintiff,<br><br>            -against-<br><br>THE STATE OF NEW YORK; DEPARTMENT OF CORRECTION,<br><br>                      Defendants. | 21-CV-4158 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 6, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 6, 2021
          New York, New York

                                                     /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge